IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RAFAEL ALCON-AYALA<br><br>Plaintiff,<br><br>v.<br><br>DEP. JACKSON<br><br>Defendant.<br>_____ | Case No. 3:21-cv-01398-MK<br><br>ORDER |

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 47), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 47) is adopted in full. Defendant's Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.

    DATED this 31st day of August, 2023.

                                                                   __s/Michael J. McShane_____<br>
                                                                   Michael McShane<br>
                                                                   United States District Judge